IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 2:07-00195

KATRINA ARTIS

MEMORANDUM OPINION AND ORDER

On February 25, 2008, the defendant appeared in person and by counsel, Clinton W. Smith; the United States appeared by Monica Dillon, Assistant United States Attorney; and Patrick Fidler, United States Probation Officer, appeared for a sentencing hearing in the above criminal matter.  For reasons placed on the record at the hearing, the court granted defendant's motion to continue the sentencing hearing.  Accordingly, the sentencing hearing in this matter shall be held on Monday, March 10, 2008, at 2:00 p.m. in Charleston.

It is further ORDERED that home confinement is added as a condition of defendant's bond.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia and the Probation Office of this Court.

IT IS SO ORDERED this 25th day of February, 2008.

ENTER:

David A. Faber
United States District Judge